IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

<u>AFFIDAVIT IN SUPPORT OF REQUEST</u>
<u>TO PROCEED IN FORMA PAUPERIS</u>

Royce Privott
Plaintiff(s)

vs.

State of ALABAMA
Defendant(s)

RECEIVED
2006 NOV 13 A 10:07

2:06CV1019-MHT

I, Royce Privott, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   N/A

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.

   July 1994   600.00

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?   YES ( )   NO (Y)

   B. Rent payments, interest or dividends?   YES ( )   NO (Y)

   C. Pensions, annuities or life insurance payments?   YES ( )   NO (Y)

   D. Gifts or inheritances?   YES ( )   NO (Y)

   E. Any other sources?   YES ( )   NO (Y)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.] YES (✓) NO ( )

   If the answer is YES, state the total value of the items owned. .26¢

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( ) NO (X)

   If the answer is YES, describe the property and state its approximate value. N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. N/A

_____
Signature of Affiant

STATE OF ALABAMA    )
COUNTY OF_____ )

Before me, a notary public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me this _____ day of _____, 19___.

_____
Notary Public

_____County, Alabama

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-01-06__.
(date)

__Boyne Privett #A181935__
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __26¢__ on account to his credit at the __S.L.CC.__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

__None__

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

Total - 1st Day Balance 1.11
Total Deposit  315.00
Average Deposit  $52.50

__Barbara Sanda__
Authorized Officer of Institution

DATE __11-6-04__