IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROYCE PRIVETT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | )     2:06cv1019-MHT |
| STATE OF ALABAMA and | ) |
| TROY KING, Attorney | ) |
| General of the State | ) |
| of Alabama, | ) |
| | ) |
|    Defendants. | ) |

                              ORDER

It is ORDERED that the motion for a three-judge panel (doc. no. 3) is denied.

DONE, this the 16th day of November, 2006.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE