AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Royce Privett

V.

State of Alabama, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:06-cv-01019-MHT

TO: (Name and address of Defendant)

Troy King
Atty General for the State of Alabama
11 South Union Street
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Royce Privett
AIS 181935
South Louisiana Correctional Center
3843 Stagg Avenue
Basile, LA 70515

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              12/12/06

CLERK                                                           DATE

/s/ V. Austin

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Middle                     District of                     Alabama

Royce Privett

V.                                           **SUMMONS IN A CIVIL CASE**

State of Alabama, et al

CASE NUMBER:   2:06-cv-01019-MHT

TO: (Name and address of Defendant)

State of Alabama
11 South Union Street
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Royce Privett
AIS 181935
South Louisiana Correctional Center
3843 Stagg Avenue
Basile, LA 70515

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                         12/12/06

CLERK                                                       DATE

_____
(By) DEPUTY CLERK