IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYCE PRIVETT, #181935, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1019-MHT |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the complaint for declaratory judgment filed by the plaintiff on November 13, 2006, and for good cause, it is

ORDERED that the defendants file no answer or other response to the complaint unless and until further order of the court.

Done this 13th day of December, 2006.

          /s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE