**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Troy King
Attorney General for the State of AL
11 S. Union Street
Montgomery, AL 36101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

Rosa H Davis          12-1

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

06cv1019
Svc

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0810 0005 2150 5680

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540